PROB 12C
(7/93)

Report Date: April 6, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 08 2010

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edward Eugene Carter                    Case Number: 2:06CR00029-001

Address of Offender:                            Spokane, WA  99202

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 5/9/2007

Original Offense:     Assault Resulting in Serious Bodily Injury, 18 U.S.C. § 1151, 1153(a), and 113(a)(6)

Original Sentence:    Prison - 40 Months; TSR - 36       Type of Supervision: Supervised Release
                      Months

Asst. U.S. Attorney:  Tim Durkin                          Date Supervision Commenced: 3/17/2009

Defense Attorney:     Federal Defenders                   Date Supervision Expires: 3/16/2012

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                      **Supporting Evidence**: Edward Carter violated a condition of his supervised release by being arrested on April 4, 2010, for 2nd degree assault - domestic violence. On April 4, 2010, Spokane Police Department responded to a 911 call to a private residence located at 608 Richard Allen Ct., #4, Spokane, Washington. Upon arrival, Candida Birdtail reported her friend, Bernadette Mitchell, had been beaten by her boyfriend, Edward Carter. Candida Birdtail indicated she saw Mr. Carter stomp on Ms. Mitchell's head three times with his right foot. Ms. Birdtail reported that Ms. Mitchell was unconscious for approximately 4 minutes and she didn't think she was breathing for 2 or 3 minutes. Ms. Birdtail provided a description of Mr. Carter which was broadcast via police radio. An officer advised that he had a male individual matching Mr. Carter's description detained in the area. Candida Birdtail was transported to the location to confirm Mr. Carter's identity. Upon confirmation, Mr. Carter was taken into custody for the alleged assault.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Carter, Edward Eugene
April 6, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/06/2010

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/8/10
Date